**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Marlon Lamont Allen Sr.          BK NO. 25-02134 HWV
      Icie Kole Allen
                **Debtor(s)**          Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Tower Federal Credit Union and index same on the master mailing list.

Respectfully submitted,

<u>/s/ Matthew Fissel</u>
      Matthew Fissel, Esq.
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322