United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 25-02134-HWV

Marlon Lamont Allen, Sr.        Chapter 13

Icie Kole Allen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Sep 11, 2025      Form ID: ntcnfhrg      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marlon Lamont Allen, Sr., Icie Kole Allen, 2714 Meadow Cross Way, York, PA 17402-8537 |
| cr | + | CITIMORTGAGE, INC., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | Capital One, N.A, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5734765 | + | Capital One, N.A., Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 5730333 | + | Orlans PC, Stratford Office Bldg, Ste 120,, 200 Eagle Road, Wayne, PA 19087-3115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 18:55:25 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730308 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 11 2025 18:53:17 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5740787 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 18:54:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5730309 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 18:53:33 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5730310 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 18:55:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5730311 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 11 2025 18:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5731787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 18:53:13 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730315 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 11 2025 18:46:00 | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 5731599 | ^ | MEBN | Sep 11 2025 18:40:37 | CITIMORTGAGE, INC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5730312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 18:53:11 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5730313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 18:53:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5732568 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 19:06:18 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5732002 | | Email/Text: mrdiscen@discover.com | Sep 11 2025 18:46:00 | Capital One, N.A., successor by merger to |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 5730314 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 18:54:57 | Carvana, LLC/Bridgecrest, C/O AIS Portfolio Services, 4515 N Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 5740780 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 11 2025 18:46:00 | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5730316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2025 18:53:39 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5730317 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2025 18:54:17 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5730319 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 11 2025 18:46:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5730318 | + | Email/Text: mrdiscen@discover.com | Sep 11 2025 18:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5730320 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 11 2025 18:46:00 | Douglas Blecki Jr Esq, Silverman Theologou LLP, 11200 Rockville Pike, Ste 520, Rockville, MD 20852-7105 |
| 5730321 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 11 2025 18:46:00 | Douglas Richard Blecki Jr Esq, Silverman Theologou LLP, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 5730322 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 11 2025 18:46:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5730323 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2025 18:47:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5730324 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 11 2025 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5730325 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2025 18:46:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 5740266 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 18:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5735967 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 11 2025 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5730326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 18:46:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5730327 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2025 18:55:34 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 5730328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2025 18:53:55 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5731678 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 18:53:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5730329 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 18:53:18 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5732651 | ^ | MEBN | Sep 11 2025 18:40:05 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5730330 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 11 2025 19:06:21 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5732089 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 11 2025 18:46:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5730332 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2025 18:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, |

| Recip ID | Bypass | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5730331 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2025 18:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5735305 | ^ | MEBN | Sep 11 2025 18:40:18 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 5730334 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2025 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5736915 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2025 18:46:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5730335 | | Email/Text: EBN@securityplusfcu.org | Sep 11 2025 18:46:00 | Securityplus Federal Credit Union, Attn: Bankruptcy, Po Box 7560, Baltimore, MD 21207 |
| 5730336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2025 18:55:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5730337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2025 18:53:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5730339 | | Email/Text: bankruptcy@td.com | Sep 11 2025 18:46:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 5734851 | ^ | MEBN | Sep 11 2025 18:40:38 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5730338 | + | Email/Text: bncmail@w-legal.com | Sep 11 2025 18:46:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5730340 | + | Email/Text: bankruptcy@towerfcu.org | Sep 11 2025 18:46:00 | Tower Federal C U, 7901 Sandy Spring Rd, Laurel, MD 20707-3589 |
| 5736655 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 12 2025 01:28:25 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5730341 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 11 2025 18:54:44 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5730342 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 11 2025 18:54:41 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5733633 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 11 2025 18:46:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5735968 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5736023 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Capital One N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 2 Icie Kole Allen CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 1 Marlon Lamont Allen Sr. CourtNotices@RQPlaw.com, general@RQPlaw.com |
| Mario J. Hanyon | on behalf of Creditor Capital One N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Tower Federal Credit Union bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Steven K Eisenberg | on behalf of Creditor CITIMORTGAGE INC. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Marlon Lamont Allen Sr.,<br>**Debtor 1** | Chapter 13 |
| Icie Kole Allen,<br>**Debtor 2** | Case No. 1:25−bk−02134−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: October 22, 2025<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 11, 2025 |

ntcnfhrg (08/21)