| In re: | Case No. 25-02134-HWV |
|---|---|
| Marlon Lamont Allen, Sr. | Chapter 13 |
| Icie Kole Allen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf002 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marlon Lamont Allen, Sr., Icie Kole Allen, 2714 Meadow Cross Way, York, PA 17402-8537 |
| cr | + | CITIMORTGAGE, INC., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | Capital One, N.A, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5734765 | + | Capital One, N.A., Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 5730333 | + | Orlans PC, Stratford Office Bldg, Ste 120,, 200 Eagle Road, Wayne, PA 19087-3115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 18:54:17 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730308 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 11 2025 18:53:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5740787 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 18:53:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5730309 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 19:06:18 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5730310 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 18:55:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5730311 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 11 2025 18:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5731787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 19:06:09 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730315 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 11 2025 18:46:00 | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 5731599 | ^ | MEBN | Sep 11 2025 18:40:36 | CITIMORTGAGE, INC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5730312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 18:55:14 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5730313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 19:06:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5732568 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 18:55:09 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5732002 | | Email/Text: mrdiscen@discover.com | Sep 11 2025 18:46:00 | Capital One, N.A., successor by merger to |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 5730314 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2025 18:55:12 | Carvana, LLC/Bridgecrest, C/O AIS Portfolio Services, 4515 N Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 5740780 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 11 2025 18:46:00 | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5730316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2025 18:54:43 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5730317 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2025 18:53:16 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5730319 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 11 2025 18:46:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5730318 | + | Email/Text: mrdiscen@discover.com | Sep 11 2025 18:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5730320 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 11 2025 18:46:00 | Douglas Blecki Jr Esq, Silverman Theologou LLP, 11200 Rockville Pike, Ste 520, Rockville, MD 20852-7105 |
| 5730321 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 11 2025 18:46:00 | Douglas Richard Blecki Jr Esq, Silverman Theologou LLP, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 5730322 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 11 2025 18:46:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5730323 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2025 18:47:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5730324 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 11 2025 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5730325 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2025 18:46:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 5740266 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 18:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5735967 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 11 2025 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5730326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 18:46:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5730327 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2025 19:06:20 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 5730328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2025 18:53:11 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5731678 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 18:55:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5730329 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 18:54:41 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5732651 | ^ | MEBN | Sep 11 2025 18:40:04 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5730330 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 11 2025 18:54:17 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5732089 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 11 2025 18:46:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5730332 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2025 18:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5730331 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2025 18:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5735305 | ^ | MEBN | Sep 11 2025 18:40:19 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 5730334 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2025 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5736915 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2025 18:46:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5730335 | | Email/Text: EBN@securityplusfcu.org | Sep 11 2025 18:46:00 | Securityplus Federal Credit Union, Attn: Bankruptcy, Po Box 7560, Baltimore, MD 21207 |
| 5730336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2025 18:55:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5730337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2025 18:53:13 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5730339 | | Email/Text: bankruptcy@td.com | Sep 11 2025 18:46:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 5734851 | ^ | MEBN | Sep 11 2025 18:40:38 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5730338 | + | Email/Text: bncmail@w-legal.com | Sep 11 2025 18:46:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5730340 | + | Email/Text: bankruptcy@towerfcu.org | Sep 11 2025 18:46:00 | Tower Federal C U, 7901 Sandy Spring Rd, Laurel, MD 20707-3589 |
| 5736655 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 12 2025 01:28:25 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5730341 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 11 2025 18:55:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5730342 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 11 2025 18:55:33 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5733633 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 11 2025 18:46:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5735968 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5736023 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Capital One  N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE  INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 2 Icie Kole Allen CourtNotices@RQPlaw.com  general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 1 Marlon Lamont Allen  Sr. CourtNotices@RQPlaw.com, general@RQPlaw.com |
| Mario J. Hanyon | on behalf of Creditor Capital One  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Tower Federal Credit Union bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Steven K Eisenberg | on behalf of Creditor CITIMORTGAGE  INC. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

Rev. 12/01/19

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Marlon Lamont Allen, Sr.**
**Icie Kole Allen**

CHAPTER 13
CASE NO.

☑ ORIGINAL PLAN
☐ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1. The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. ☐ Included ☑ Not Included

2. The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. ☐ Included ☑ Not Included

3. The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. ☐ Included ☑ Not Included

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $ **0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**300,000.00**, plus other payments and property stated in § 1B below:

   | Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
   |---|---|---|---|---|---|
   | 08/25 | 07/30 | 5,000.00 | 0.00 | 5,000.00 | 300,000.00 |
   | | | | | Total Payments: | $300,000.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

   3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

   4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

   ☑ Debtor is over median income. Debtor estimates that a minimum of $**420,315** must be paid to

allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**209,231.32**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
_____

**2. SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **Carvana, LLC/Bridgecrest** | **2022 Audi Q5** | **8665** |
| **Cenlar** | **2714 Meadow Cross Way York, PA 17402  York County** | **0978** |
| **Discover Home Loans** | **2714 Meadow Cross Way York, PA 17402  York County** | **1668** |
| **Navy Federal Credit Union** | **1816 N Caroline Street Baltimore, MD 21213  Baltimore County** | **0847** |
| **Wells Fargo Dealer Services** | **2023 Audi A5** | **0709** |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

2

Case 1:25-bk-02134-HWV    Doc 5    Filed 07/31/25    Entered 07/31/25 08:45:59    Desc
Main Document      Page 2 of 5
Case 1:25-bk-02134-HWV    Doc 23    Filed 09/13/25    Entered 09/14/25 00:26:31    Desc
Imaged Certificate of Notice    Page 6 of 9

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Discover Home Loans | 2714 Meadow Cross Way York, PA 17402 York County | $4,140.18 | $0.00 | $4,140.18 |
| Wells Fargo Dealer Services | 2023 Audi A5 | $825.71 | $0.00 | $825.71 |

    **D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    **E.** **Secured claims for which a § 506 valuation is applicable.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    **F.** **Surrender of Collateral.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    **G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3. PRIORITY CLAIMS.**

    **A.** **Administrative Claims**

      1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

      2. Attorney's fees. Complete only one of the following options:

        a. In addition to the retainer of $ **1,410.00** already paid by the Debtor, the amount of $ **3,590.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

        b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

      3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
        *Check one of the following two lines.*

☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    **B.** **Priority Claims (including, certain Domestic Support Obligations)**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $81,993.30 |
| Pennsylvania Department of Revenue | $500.00 |

    **C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

3

Case 1:25-bk-02134-HWV    Doc 5    Filed 07/31/25    Entered 07/31/25 08:45:59    Desc
Main Document    Page 3 of 5
Case 1:25-bk-02134-HWV    Doc 23    Filed 09/13/25    Entered 09/14/25 00:26:31    Desc
Imaged Certificate of Notice    Page 7 of 9

Rev. 12/01/19

**4. UNSECURED CLAIMS**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
       *Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6. VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*

    ☑ plan confirmation.
    ☐ entry of discharge.
    ☐ closing of case.

**7. DISCHARGE: (Check one)**

    ☑ The debtor will seek a discharge pursuant to § 1328(a).
    ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely filed general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

4

Case 1:25-bk-02134-HWV   Doc 5   Filed 07/31/25   Entered 07/31/25 08:45:59   Desc
Main Document    Page 4 of 5
Case 1:25-bk-02134-HWV   Doc 23   Filed 09/13/25   Entered 09/14/25 00:26:31   Desc
Imaged Certificate of Notice    Page 8 of 9

**9.     NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

| | |
|---|---|
| Dated: **July 24, 2025** | **/s/ Joseph Quinn**<br>**Joseph Quinn**<br>Attorney for Debtor |
| | **/s/ Marlon Lamont Allen, Sr.**<br>**Marlon Lamont Allen, Sr.**<br>Debtor |
| | **/s/ Icie Kole Allen**<br>**Icie Kole Allen**<br>Joint Debtor |

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5

Case 1:25-bk-02134-HWV    Doc 5    Filed 07/31/25    Entered 07/31/25 08:45:59    Desc
Main Document    Page 5 of 5
Case 1:25-bk-02134-HWV    Doc 23    Filed 09/13/25    Entered 09/14/25 00:26:31    Desc
Imaged Certificate of Notice    Page 9 of 9