

10/16/2025

BANKRUPTCY CLERK'S OFFICE

1501 N. 6TH STREET
HARRISBURG, PA, 17102

RE: **Withdrawal of Claim**
    MARLON L ALLEN SR  (Debtor(s))

    Bankruptcy Case No. 25-02134

Dear Court Clerk:

Please withdraw claim number 26 in the amount of $19,066.60 from the above-referenced bankruptcy case number. The claim was filed by Navy Federal Credit Union on 09/13/2025.

Thank you for your attention to this matter.

Sincerely,
/S/ Candice Weekes
Navy Federal Credit Union

**Federally insured by NCUA.**
© 2023 Navy Federal NFCU 40165-CO-BKCCCLWTHDPOC (10-23)     PO Box 3000  Merrifield VA  22119-3000