THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Icie Kole Allen | : | Chapter 13 |
| Marlon Lamont Allen Sr., | : | |
| Debtors | : | |
| v. | : | No.: 25-02134-HWV |
| Tower Federal Credit Union, | : | |
| Movant | : | |
| | : | |
| Jack N. Zaharupoulos, | : | |
| Chapter 13 Trustee | : | |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on November 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Answer to the Motion for Relief by Tower Federal Credit Union

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>November 13, 2025</u>       By:   <u>*/s/ Joseph Quinn*</u>
                                           Joseph Quinn, Esquire
                                           Attorney I.D. No. 307467
                                           **ROSS, QUINN & PLOPPERT, P.C.**
                                           192 S. Hanover Street, Suite 101
                                           Pottstown, PA 19464
                                           T: 610.323.5300
                                           JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

1

Matthew K. Fissel, Esquire
Tower Federal Credit Union
bkgroup@kmllawgroup.com, wbecf@brockandscott.com
Attorney
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com
Standing Chapter 13 Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Office of the United States Trustee
ustpregion03.ha.ecf@usdoj.gov
United States Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: