IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marlon Lamont Allen Sr.<br>Icie Kole Allen<br><br>      Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 1:25-bk-02134-HWV |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for CitiMortgage, Inc. C/O Cenlar FSB, hereby certify that a true and correct copy of the Motion to Approve Loan Modification was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion to Approve Loan Modification with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by November 24, 2025. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Marlon Lamont Allen Sr.
Icie Kole Allen

Chapter 13

Bankruptcy Case: 1:25-bk-02134-HWV

Debtor(s)

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on November 25, 2025 via First Class Mail.

Joseph L. Quinn
192 S. Hanover Street
Suite 101
Pottstown, PA 19464
CourtNotices@rqplaw.com
**Counsel for Debtor**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
**US Trustee**

and by standard first-class mail postage prepaid to:

Marlon Lamont Allen Sr.
2714 Meadow Cross Way
York, PA 17402

Icie Kole Allen
2714 Meadow Cross Way
York, PA 17402
**Debtor(s)**

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant