IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| In Re: | : | |
| MARLON LAMONT ALLEN, SR | : | Bankruptcy No. 1:25-bk-02134-HWV |
| ICIE KOLE ALLEN | | |
| Debtor | : | Chapter 13 |
| Capital One, N.A. | : | Document No. 39 |
| Movant | : | Hearing Date & Time: January 27, 2026 @ 9:30 AM |
| | : | |
| v. | : | |
| MARLON LAMONT ALLEN, SR | : | 11 U.S.C. §362 |
| ICIE KOLE ALLEN | | |
| and | | |
| Jack N Zaharopoulos, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

### CERTIFICATION OF NO ANSWER REGARDING CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM STAY (DE 39)

The undersigned hereby certifies that, as of January 15, 2026 the date hereof, no answer, objection or other responsive pleading to the Motion filed on <u>December 31, 2025</u> has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than <u>January 14, 2026</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: January 15, 2026                          Respectfully submitted,

                                                 Brock & Scott, PLLC

                                                 <u>/s/Mario Hanyon</u>
                                                 Andrew Spivack, PA Bar No. 84439
                                                 Mario Hanyon, PA Bar No. 203993
                                                 Jay Jones, PA Bar No. 86657
                                                 Attorney for Creditor
                                                 BROCK & SCOTT, PLLC
                                                 3825 Forrestgate Drive
                                                 Winston Salem, NC 27103

**PAWB Local Form 25 (07/13)**

Telephone: (844) 856-6646  
Facsimile: (704) 369-0760  
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 25 (07/13)**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| In Re: | : | |
| MARLON LAMONT ALLEN, SR | : | Bankruptcy No. 1:25-bk-02134-HWV |
| ICIE KOLE ALLEN | | |
| Debtor | : | Chapter 13 |
| Capital One, N.A. | : | Document No. 39 |
| Movant | : | Hearing Date & Time: January 27, 2026 @ 9:30 AM |
| | : | |
| v. | : | |
| MARLON LAMONT ALLEN, SR | : | 11 U.S.C. §362 |
| ICIE KOLE ALLEN | | |
| and | | |
| Jack N Zaharopoulos, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on January 16, 2026 to the following:

Marlon Lamont Allen, Sr
2714 Meadow Cross Way
York, PA 17402

Icie Kole Allen
2714 Meadow Cross Way
York, PA 17402

Joseph L Quinn
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
CourtNotices@RQPlaw.com

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
ustpregion03.ha.ecf@usdoj.gov

**PAWB Local Form 25 (07/13)**

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
info@pamd13trustee.com

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 25 (07/13)**