UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARLON LAMONT ALLEN SR, | : | |
| ICIE KOLE ALLEN, | : | |
|     Debtor | : | CASE NO. 1-25-BK-02134-HWV |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
|     vs | : | |
| | : | |
| MARLON LAMONT ALLEN SR, | : | |
| ICIE KOLE ALLEN, | : | |
|     Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on January 22, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire, and certifies that on December 10, 2025, the Court issued an Order directing Debtor to file an amended plan in thirty (30) days. As of January 26, 2026, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: January 22, 2026,
                                                    Respectfully submitted,

/s/ Douglas R Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

# CERTIFICATE OF SERVICE

        AND NOW, on January 22, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

<u>Served Electronically</u>
JOSEPH QUINN, ESQUIRE
192 SOUTH HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464-6096

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102


<u>Served by 1st Class Mail</u>
MARLON LAMONT ALLEN, SR.
ICIE KILE ALLEN
2714 MEADOW CROSS WAY
YORK, PA 17402

                                                  /s/Ashley Schott
                                                  Ashley Schott,
                                                  For Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee