United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                             Case No. 25-02134-HWV

Marlon Lamont Allen, Sr.                Chapter 13

Icie Kole Allen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                     User: AutoDocke                                Page 1 of 5
Date Rcvd: Jan 22, 2026                           Form ID: pdf010                           Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marlon Lamont Allen, Sr., 2714 Meadow Cross Way, York, PA 17402-8537 |
| jdb | + | Icie Kole Allen, 2714 Meadow Cross Way, York, PA 17402-8537 |
| cr | + | CITIMORTGAGE, INC., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 5746098 | + | JOHNS HOPKINS HEALTH SYSTEM, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5730333 | + | Orlans PC, Stratford Office Bldg, Ste 120,, 200 Eagle Road, Wayne, PA 19087-3115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 18:53:11 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jan 22 2026 18:42:51 | Capital One, N.A, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5730308 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2026 21:03:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5751338 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 22 2026 21:02:24 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5740787 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 19:24:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5730309 | + | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 18:53:17 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5730310 | + | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 19:13:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5730311 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 18:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5744728 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 18:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5731787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 18:53:11 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730315 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 22 2026 18:43:00 | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 5731599 | ^ | MEBN | Jan 22 2026 18:42:44 | CITIMORTGAGE, INC, c/o Stern & Eisenberg, |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5730312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 18:53:07 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5730313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 18:53:11 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5732568 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 18:53:07 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5734765 | ^ | MEBN | Jan 22 2026 18:42:51 | Capital One, N.A., Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 5732002 | | Email/Text: mrdiscen@discover.com | Jan 22 2026 18:43:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 5730314 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 18:53:07 | Carvana, LLC/Bridgecrest, C/O AIS Portfolio Services, 4515 N Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 5740780 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 22 2026 18:43:00 | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5730316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2026 19:03:27 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5748836 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2026 18:53:08 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5730317 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2026 21:02:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5730319 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 22 2026 18:43:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5730318 | + | Email/Text: mrdiscen@discover.com | Jan 22 2026 18:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5730320 | + | Email/Text: bankruptcy@silvermanlegal.com | Jan 22 2026 18:43:00 | Douglas Blecki Jr Esq, Silverman Theologou LLP, 11200 Rockville Pike, Ste 520, Rockville, MD 20852-7105 |
| 5730321 | + | Email/Text: bankruptcy@silvermanlegal.com | Jan 22 2026 18:43:00 | Douglas Richard Blecki Jr Esq, Silverman Theologou LLP, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 5730322 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 22 2026 18:43:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5730323 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 22 2026 18:44:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5730324 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2026 18:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5730325 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 18:43:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 5740266 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 18:43:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5735967 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 22 2026 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5730326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 18:43:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5730327 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2026 18:53:11 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 5730328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2026 18:53:11 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, |

| Recipient # | Flag | Method | Timestamp | Address |
|---|---|---|---|---|
| | | | | Monroe, LA 71203-4774 |
| 5731678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:02:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5730329 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:02:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5744079 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2026 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5741358 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 22 2026 18:44:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5732651 | ^ | MEBN | Jan 22 2026 18:42:45 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5746778 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 22 2026 18:43:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5730330 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 22 2026 20:42:47 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5732089 | + | Email/Text: bankruptcy@silvermanlegal.com | Jan 22 2026 18:43:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5730332 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 22 2026 18:44:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5730331 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 22 2026 18:44:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5735305 | ^ | MEBN | Jan 22 2026 18:42:48 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 5748021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 20:42:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5748581 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 21:54:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5730334 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2026 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5742838 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 22 2026 18:43:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE Bldg 2,Ste 1200, Atlanta, GA 30339-6199 |
| 5748521 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 18:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5736915 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 18:43:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5730335 | | Email/Text: EBN@securityplusfcu.org | Jan 22 2026 18:43:00 | Securityplus Federal Credit Union, Attn: Bankruptcy, Po Box 7560, Baltimore, MD 21207 |
| 5730336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 18:53:11 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5730337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 18:53:15 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5730339 | | Email/Text: bankruptcy@td.com | Jan 22 2026 18:43:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 5734851 | ^ | MEBN | Jan 22 2026 18:42:49 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 5730338 | + | Email/Text: bncmail@w-legal.com | Jan 22 2026 18:43:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55440-9475 |
| 5730340 | + | Email/Text: bankruptcy@towerfcu.org | Jan 22 2026 18:43:00 | Tower Federal C U, 7901 Sandy Spring Rd, Laurel, MD 20707-3589 |
| 5746775 | + | Email/Text: bankruptcy@towerfcu.org | Jan 22 2026 18:43:00 | Tower Federal Credit Union, P.O. Box 123, Annapolis Junction, MD 20701-0123 |
| 5745448 | | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2026 18:53:11 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5736655 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 22 2026 18:53:07 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5730341 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 22 2026 18:53:11 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5746956 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 22 2026 18:53:11 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5730342 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 22 2026 18:53:16 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5733633 | + | Email/Text: bankruptcynotification@wellspan.org | Jan 22 2026 18:43:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5735968 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5736023 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2026          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Capital One N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |

| Name | Details |
|---|---|
| J Eric Kishbaugh | on behalf of Creditor Tower Federal Credit Union jkishbaugh@udren.com vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 2 Icie Kole Allen CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 1 Marlon Lamont Allen Sr. CourtNotices@RQPlaw.com, general@RQPlaw.com |
| Mario J. Hanyon | on behalf of Creditor Capital One N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor Tower Federal Credit Union bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Steven K Eisenberg | on behalf of Creditor CITIMORTGAGE INC. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :   CHAPTER 13 |
| MARLON LAMONT ALLEN, SR and | : |
| ICIE KOLE ALLEN | : |
| | :   CASE NO. 1:25-bk-02134-HWV |
| Debtors. | : |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 42, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 22, 2026